# EXHIBIT 1







# Waitlist

- Check live wait times
- Join the waitlist
- Arrive at your table

Powered by yelp

**Join the Waitlist**

## Williamsburg - 263

263 Bedford Ave.
Brooklyn, NY 11211
718-599-0900

### Hours
Mon - Thurs 6am - Midnight
Fri and Sat 6am - 1am
Sun 6am - Midnight

Take a Tour

## Williamsburg - 175

175 Bedford Ave.
Brooklyn, NY 11211
718-486-0500

### Hours
Sun - Thurs 6am - Midnight
Fri and Sat 6am - 1am

Take a Tour

About us | Menus | What's New | Gallery | Media | Careers | Locations

Copyright © 2018 O'Connor & Tate