UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAZARO REYES CRUZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class

                    Plaintiff,

    - against -

70-30 AUSTIN STREET BAKERY INC. d/b/a MARTHA'S COUNTRY BAKERY; 41-06 BELL BLVD. BAKERY LLC d/b/a MARTHA'S COUNTRY BAKERY; G.V.S. BAKERY, INC. d/b/a MARTHA'S COUNTRY BAKERY; MARTHA'S COUNTRY BAKERY 2 LLC d/b/a MARTHA'S COUNTRY BAKERY; MARTHA'S COUNTRY BAKERY 3 LLC d/b/a MARTHA'S COUNTRY BAKERY; GEORGE STERTISIOS, and ANTONIO ZANNIKOS,

                    Defendants.

No. 18-CV-7408 (PAE)(HBP)

---

## DECLARATION OF VINCENT M. AVERY
## IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
## MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION

I, VINCENT M. AVERY, declare as follows:

    1.    I am a Partner with the law firm of Akerman, LLP, and counsel for all Defendants in this matter. I make this declaration of my own personal knowledge.

    2.    Attached to this declaration as Exhibit 1 is a true and correct copy of the Declaration of Edmundo Ramos Mata in support of his Motion for Conditional Certification of a Collective Action in *Mata v. Foodbridge LLC*, No. 14-CIV-8754 (ER), 2015 WL 3457293 (S.D.N.Y. June 1, 2015).

    3.    Attached to this declaration as Exhibit 2 is a true and correct copy of the Declaration of Gabino Sanchez in support of his Motion for Conditional Certification of a

Collective Action in *Sanchez v. JMP Ventures, L.L.C.*, No. 13-CIV-7264 (KBF), 2014 WL 465542 (S.D.N.Y. Jan. 27, 2014).

4. Attached to this declaration as Exhibit 3 is a true and correct copy of an assortment of cash payment vouchers issued to Plaintiff between 2015 and 2018.

5. Attached to this declaration as Exhibit 4 is a true and correct copy of Plaintiff's 206 and 2017 time records and corresponding cash payment vouchers.

6. At this time, Defendants respectfully request that this Court deny Plaintiff's Motion for Conditional Certification.

Dated: New York, New York  
January 11, 2019

Respectfully Submitted,

**AKERMAN LLP**

By: /s/ Vincent Avery  
Vincent M. Avery, Esq.

666 Fifth Avenue, 20th Fl.  
New York, New York 10103  
Phone: (212) 880-3800

*Attorneys for Defendants*

47501830;1