# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

January 17, 2020

**VIA ECF**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Cruz v. 70-30 Austin Street Bakery Inc., et al.*
<u>Case No. 18 CV 7408 (PAE) (HBP)</u>

Dear Judge Cave:

    We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to respectfully request extending the time to file the fairness by thirty (30) days. The reason for this request is to allow the parties to finalize the terms of the proposed settlement.

    This is the parties' first request for the relief requested herein. Currently, the deadline to file the fairness is January 20, 2020.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:  all parties via ECF

---

The requested extension of time is GRANTED. The parties shall filed their settlement fairness papers by **February 19, 2020**.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 81.

SO ORDERED       1/21/2020

_____
SARAH L. CAVE
United States Magistrate Judge