Ius Laboris USA Global HR Lawyers
FordHarrison

One Grand Central Place | 60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Dial:
VINCENT M. AVERY
212-453-5935
VAvery@fordharrison.com

March 4, 2020

> The requested extension of time until **March 11, 2020** to file the settlement fairness papers is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 88.
> So Ordered 3/5/2020
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Cruz v. 70-30 Austin Street Bakery Inc., et al.
Case No.: 1:18-cv-7408

Dear Honorable Cave:

    This office represents all defendants in the above-referenced matter. We write, on behalf of all parties, to respectfully request a one (1) week extension to file our fairness papers due to finalizing the settlement.

    This is the third request for the relief requested herein. This extension request is made with plaintiff's consent. The second request was approved and the deadline to file the fairness is March 4, 2020.

    Thank you for your attention to this matter and your consideration.

Sincerely,
/s/ VINCENT M. AVERY

VINCENT M. AVERY