UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAZARO REYES CRUZ,

                Plaintiff,

against

73-30 AUSTIN STREET BAKERY INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 7408 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Based on the representation that Defendants have executed the Settlement Agreement, by **Monday, September 21, 2020**, the parties shall file a joint letter addressed to Judge Engelmayer stating that the Settlement Agreement has been fully executed and exchanged, and the case may now be closed.

Dated:     New York, New York
              September 15, 2020

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge