UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAZARO REYES CRUZ,

                      Plaintiff,

       -v-

70-30 AUSTIN STREET BAKERY INC., et al.,

                      Defendant.

------------------------------------------------------------------X

18 Civ. 7408 (PAE) (SLC)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    On November 19, 2020, defense counsel declared that payment was made in this case.

Dkt. 114. Accordingly, Clerk of the Court is respectfully requested to close the case.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 22, 2022
       New York, New York

1